**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**BRYAN P. STURDY,**

    Plaintiff,

v.                                Case No: 5:15-cv-92-Oc-32PRL

**WAL-MART STORES EAST, LP**

    Defendant.

## ORDER

Pursuant to Local Rule 3.03(d), "[r]equests for the production of documents and other things, matters disclosed pursuant to Fed. R. Civ. P. 26, and requests for admission, and answers and responses thereto, shall not be filed with the Court as a matter of course but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceedings." Accordingly, Plaintiff's Initial Disclosures (Doc. 13), filed on May 12, 2015, are hereby **STRICKEN**. The Clerk is directed to remove the document from the docket, and return it to counsel with a copy of this Order.

    **DONE** and **ORDERED** in Ocala, Florida on May 13, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

- 2 -

Unrepresented Parties